# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

*MEMO ENDORSED*

December 11, 2020

12/14/20   OK

*[signature]*

BY ECF

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

　　　　　Re: United States v. Rodney Johnson
　　　　　　　Ind #: 10 Cr. 431 (CM)

Dear Judge McMahon:

　　　Your Honor has assigned me as CJA counsel in the above-captioned matter in which the defendant has filed a pro se compassionate release motion.  I am reviewing this matter, and am requesting one additional week from today to advise the Court if I will be replying to the government's opposition or supplementing defendant's pro se filings.  I have discussed this application with AUSA Elizabeth Hanft, and the government has no opposition.

　　　Thank you for your attention.

　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　*Robert A. Soloway*

　　　　　　　　　　　　　　　　　　　Robert A. Soloway

RAS:sc



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/20