# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Fax: (212) 571-5507
Tel: (212) 571-5500

MEMO ENDORSED

January 17, 2021

1/19/21

Fine.

[signature: Colleen McMahon]

BY ECF

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Rodney Johnson
    Ind #: 10 Cr. 431 (CM)

Dear Chief Judge McMahon:

I write to respectfully request permission to file my compassionate release submission in the above-reference matter two days out of time as it was due on Friday, January 15. I have encountered certain obstacles in gathering documents and information that was needed to complete the submission, but it is completely finalized at this time, and in the hands of my office manager who will be filing it this evening. I earnestly apologize to your Honor for not seeking an extension before the filing deadline expired.

Thank you very much for your consideration of this request.

Respectfully Submitted,

*Robert A. Soloway*

Robert A. Soloway

cc: AUSA Elizabeth Hanft
    (by ECF)
RAS:sc

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/21