# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

July 27, 2021

MEMO ENDORSED
9/7/21
So Ordered

Hon. Colleen McMahon
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  United States v. Rodney Johnson
     10 Cr. 431 (CM)

Dear Judge McMahon:

I represented Mr. Rodney Johnson in the above referenced matter. An associate of my firm, Rachel Perillo expended a total of 25.5 hours beginning December 7, 2020 assisting me in this matter. That work involved interviewing the client, research, writing, and review of medical records.

I apologize for not seeking pre-approval of the hours of my associate and losing track of the number of hours Ms. Perillo had worked. But I respectfully pray that the Court approve Ms. Perillo's work, nunc pro tunc to December 7, 2020, at the CJA hourly rate of $90.00 for associate time in this matter.

Thank you very much for your attention.

Sincerely,

*Robert A. Soloway*

Robert A. Soloway

RAS/sc

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/21